IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE and ALEXANDER ABBOTT, individually, and as personal representatives of the Estate of their minor daughter, M.P.A., | § § § § § | No. 19, 2024 |
| | § | Court Below–Superior Court of the State of Delaware |
| Plaintiffs Below, Appellants, | § § | |
| | § | C.A No. N20C-05-175 |
| v. | § § | |
| DEDICATED TO WOMEN OB/GYN, P.A. and BAYHEALTH MEDICAL CENTER, INC., | § § § § § | |
| Defendants Below, Appellees. | § | |

Submitted:   September 25, 2024
Decided:      October 3, 2024

Before **VALIHURA**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's opinion and order denying appellants' motion for a new trial dated January 2, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice